# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LIGHTING SCIENCE GROUP
CORPORATION,

    Plaintiff,                              Case No.: 6:16-cv-00681-Orl-37-KRS

v.

GLOBALUX LIGHTING LLC,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Lighting Science Group Corporation ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Local Rule 3.08, and moves this Court for an order dismissing all claims set forth in the Second Amended Complaint (Dkt. 25) in this action, with prejudice, and in further support thereof states as follows:

1. Plaintiff filed its Complaint (Dkt. 1) against Defendant, Globalux Lighting LLC ("Defendant") on April 21, 2016.

2. Plaintiff filed its First Amended Complaint against Defendant on June 8, 2016 (Dkt. 17).

3. Plaintiff filed its Second Amended Complaint against Defendant on August 31, 2016 (Dkt. 25).

4. Defendant has not filed an answer, motion to dismiss or motion for summary judgment in this action.

5. On October 26, 2016, Plaintiff filed its Motion for Clerk's Entry of Default (Dkt. 31), and subsequently, on October 28, 2016, the Clerk entered default as to Defendant, pursuant to Fed. R. Civ. P. 55(a).

6. Subsequently, the Parties have resolved all disputes between them with regard to the issues contained in Plaintiff's Second Amended Complaint, and have entered into a settlement agreement.

7. The Parties, by entering into a settlement agreement, and agreeing to dismiss this action, waive their rights to appeal from or otherwise challenge the dismissal of this action.

WHEREFORE, the Plaintiff hereby moves this Court for an order:

1. Dismissing all claims in this action contained in Plaintiff's Second Amended Complaint, with prejudice, with each party bearing its own costs, expenses and attorney's fees; and

2. An order that the Parties have waived their right to appeal or otherwise challenge the dismissal of this action.

Dated: January 24, 2017.

>*/s/ Mark F. Warzecha*
>Mark F. Warzecha, Esq.
>Florida Bar No. 0095779
>**WIDERMAN MALEK, PL**
>1990 W. New Haven Avenue, Suite 201
>Melbourne, Florida 32904
>Telephone: 321-255-2332
>Facsimile: 321-255-2351
>MFW@USLegalTeam.com
>**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 24, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I further certify that the foregoing document is being served this date on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by the CM/ECF system and/or via electronic and US Mail to:

> Globalux Lighitng LLC
> c/o Nausheen Tabani
> 2037 S. Vineyard Avenue
> Ontario, California 91761
> nausheen@globaluxlighting.com
> cc: farukzia@gmail.com

>> */s/ Mark F. Warzecha*
>> Mark F. Warzecha, Esq.